

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Cause No.: **3-24CV-335-X**

FILED-USDC-NDTX-DA
'24 FEB 12 PM4:18

| | |
|---|---|
| BRADLEY B. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOHN G. ROBERTS, JR., in his official capacity; | ) |
| SAMUEL A. ALITO, JR., in his official capacity; | ) |
| AMY CONEY BARRETT, in her official capacity; | ) **INJUNCTIVE RELIEF** |
| NEIL GORSUCH, in his official capacity; | ) **REQUESTED** |
| KETANJI BROWN JACKSON, in her official capacity; | ) |
| ELENA KAGAN, in her official capacity; | ) **JURY TRIAL DEMANDED** |
| BRETT M. KAVANAUGH, in his official capacity; | ) |
| SONIA SOTOMAYOR, in her official capacity; and | ) |
| CLARENCE THOMAS, in his official capacity, | ) |
| Defendants. | ) |

## Notice of Related Cases

Comes now Plaintiff, Bradley B. Miller, providing notice to the Court and parties of the following related cases:

**United States Supreme Court  22-6544**   IFP Motion Denied*
*Miller v. Dunn*
**Dismissed:       03/20/2023**
[*Case dismissed under unconstitutional SCOTUS Rule 39.8.]

**United States Supreme Court  22-5041**   IFP Motion Denied*
*Miller v. Dunn*
**Dismissed:       10/03/2022**
[*Case dismissed under unconstitutional SCOTUS Rule 39.8.]

1

**United States Supreme Court   20-6965**   Cert Petition Denied
*Miller v. Dunn*
**Denied:          04/05/2021**
Petition for Rehearing Denied:   06/01/2021

**United States Supreme Court   18-7450**   Cert Petition Denied
*Miller v. Texas*
**Denied:          3/18/2019**
Petition for Rehearing Denied:   4/29/2019

**United States Supreme Court   17-6836**   Cert Petition Denied
*Miller v. Dunn*
**Denied:          1/22/2018**
Petition for Rehearing Denied:   3/05/2018

**United States Supreme Court   16-9012**   Cert Petition Denied
*Miller v. Plumlee, et al.*
**Denied:          10/02/2017**
Petition for Rehearing Denied:   11/27/2017

**U.S. Fifth Circuit Court of Appeals   16-11817**   Appeal Dismissed
*Dunn v. Miller*
Judges:    Jolly, Owen, Haynes
Denied:    8/17/2017

**U.S. Fifth Circuit Court of Appeals   18-10897**   Appeal Dismissed
*Miller v. Texas, and Dunn*
Judges:    Smith, Higginson, Duncan
Denied:    11/21/2018

**U.S. Fifth Circuit Court of Appeals   20-11054**   Appeal Successful
*Miller v. Dunn, Andrea Plumlee, et. al.*
Judges:    Wiener, Graves, Duncan
Opinion issued: 06/02/2022
[Dismissal of Miller's Section 1983 civil suit REVERSED and case remanded to NDTX district court. **Opinion invalidated** *Hale v. Harney*. Held: Federal suits cannot be dismissed under *Rooker-Feldman* in situations where a related state case is pending on appeal when the federal suit is filed.]

**U.S. District Court (NDTX)   3:16-CV-3213**   Case Remanded
*Dunn v. Miller*
Judge:   Sam Lindsey
Dismissed:   11/18/2016
Reconsideration Denied: 12/22/2016
[Federal removal under 28 U.S.C. § 1443.]

2

**U.S. District Court (NDTX)   3:18-CV-967**   Case Remanded
*Dunn v. Miller*
Judge:   Jane J. Boyle
Dismissed:   5/16/2018
[Federal removal under 28 U.S.C. § 1443.]

**U.S. District Court (NDTX) 3:18-CV-1457**   Case Remanded
*Miller v. Dunn, and Texas*
Judge:   Jane J. Boyle
Dismissed:   6/29/2018
[Federal removal under 28 U.S.C. § 1443.]

**U.S. District Court (NDTX) 3:20-cv-759**   Dismissed, appealed.*
*Miller v. Dunn, et al.*
Judges:  Ada Brown, David Horan
Dismissed:   9/17/2020,                                   **Reinstated**: 6/2/2022  **(Pending)**
Reconsideration denied:  11/05/2020
[Civil suit under 42 U.S.C. § 1983.    **\*Dismissal reversed on appeal to the U.S. Fifth Circuit Court of Appeals.**  Fifth Circuit published Opinion issued on June 2, 2022 in case no. 20-11054.]

**Texas Supreme Court    16-0487**   Review denied
*IN RE BRADLEY B. MILLER*
Denied:   10/07/2016
Rehearing Denied:  12/02/2016
[Petition for writ of mandamus.]

**Texas Supreme Court    20-0503**   Review denied
*IN THE INTEREST OF V.I.P.M., A CHILD*
Denied:   8/28/2020
Rehearing Denied:  10/16/2020
[Petition for review of Texas 5th District COA ruling. Appealed.]

**Texas Supreme Court    22-0500**   Review denied
*Miller v. Dunn*
Denied:   8/26/2022
Rehearing Denied:  10/14/2022
[Petition for review of Texas 5th District COA ruling. Appealed.]

**Texas Supreme Court    23-0743**   Review denied
*Miller v. Dunn*
Denied:   11/27/2023
 [Petition for review of Texas 5th District COA ruling. Appealed.]

**Texas 5th District Court of Appeals  05-19-00197-CV** Ruling aff'd.
*IN THE INTEREST OF V.I.P.M., A CHILD*
Judges:    Burns, Bridges, Carlyle
Disposed:   03/26/2020
Reconsideration Denied: 05/14/2020

**Texas 5th District Court of Appeals 05-15-00444-CV** Modified/aff'd.
*Miller v. Talley Dunn Gallery, LLC, and Talley Dunn*
Judges:    Fillmore, Stoddart, O'Neill
Disposed:   03/03/2016
[Gag order issued by Texas 191st Civil District Court struck.]

**Texas 9th District Court of Appeals 09-19-00345-CV**  Ruling aff'd.
*Miller v. Dunn*
Judges:    Golemon, Horton, and Johnson
Disposed:   10/07/2021
Reconsideration Denied: 10/27/2021
[Appeal of trial court's dismissal of Bill of review. Transferred to Texas 9th District COA on 10/09/2019.  Appealed to Texas Supreme Court.]

**Texas 5th District Court of Appeals  05-21-00431-CV**  Ruling aff'd.
*Miller v. Andrea Plumlee*
Judges:    Burns, Myers, Molberg
Disposed:   04/08/2022
Reconsideration Denied: 05/09/2022
[Interlocutory appeal of trial court's dismissal of civil suit.  Appealed to Texas Supreme Court.]

**Texas 5th District Court of Appeals  05-21-00658-CV**  Ruling aff'd.
*Miller v. Danielle Diaz and Dallas County*
Judges:    Myers, Molberg,  Garcia
Disposed:   01/12/2022
Reconsideration Denied: 02/17/2022
[Interlocutory appeal of trial court's dismissal of civil suit.]

**Texas 191st Civil District Court (Dallas) DC-15-01598** Closed
*Talley Dunn Gallery, LLC, and Talley Dunn v. Miller*
Judge:    Gena Slaughter, Ted Akin
Closed (admin.):    09/10/2015
[Civil suit by Dunn against Miller, requesting a gag order.]

**Texas 330th Family District Court (Dallas) DF-13-02616**   Pending
*IN THE INTEREST OF V.I.P.M, A CHILD*
(Open modification suit filed 3/8/2018.)
(Dunn's suit to change surname of child filed May 24, 2022.)
Judge: Andrea Plumlee
(Originally filed in February 2013 as a divorce case. **This is the root case of all the others.**]

4

**Texas 330th Family District Court (Dallas) DF-18-06546**   Dism'd.
*Miller v. Dunn*
Judge: Andrea Plumlee
(Opened 2018, dismissed 8/1/2019, reinstatement motion denied 11/19/2019.)
[Bill of Review case. Appealed to the Texas 9th COA, then to SCOTX.]

**Texas 116th Civil District Court (Dallas) DC-20-15614**   Pending
*Miller v. Dunn, et al.*
Judge: Tonya Parker
(Opened 10/15/2020. Interlocutory appeal filed 06/11/2021.)
[Civil suit under 42 U.S.C. § 1983 and related torts.]

**Texas 134th Civil District Court (Dallas) DC-21-14398**
*Miller v. Dunn, et al.*
Judge: Dale Tillery
(Opened 09/28/2021. Dismissed 12/31/2021.)
[Civil suit for declaratory judgment under 42 U.S.C. § 1983. Case dismissed for lack of jurisdiction. Appeal filed 01/30/2022.]

**Texas 5th District Court of Appeals  05-22-00090-CV**   Ruling aff'd.
*Miller v. Plumlee, et al.*
Judges:    Carlyle, Goldstein, and Kennedy
Disposed:   06/13/2023
Reconsideration Denied: 07/26/2023
[Appeal of trial court's dismissal of civil suit for declaratory judgment.]

**Texas 5th District Court of Appeals  05-23-00577-CV**   Pending
*IN THE INTEREST OF V.I.P.M., A CHILD*
Filed:  06/09/2023
[Appeal of trial court's appointment of amicus attorney and assessment of fees to indigent party.]

**Texas 5th District Court of Appeals  05-23-00690-CV**   Pending
*IN THE INTEREST OF V.I.P.M., A CHILD*
Filed:  06/30/2023
[Appeal of trial court's denial of Miller's motion to unseal case records.]

**Texas 5th District Court of Appeals  05-23-00668-CV**   Dismissed*
*IN THE INTEREST OF V.I.P.M., A CHILD*
Judges:    Goldstein, Garcia, Breedlove
Filed:  07/10/2023
Disposed:  07/19/2023
[Mandamus of trial court's denial of Miller's motion to compel discovery in Dunn's name-change of child suit.  *Dismissed for insufficient record. Refiled after revision.]

**Texas 5th District Court of Appeals  05-23-00725-CV**   Dismissed*
*IN THE INTEREST OF V.I.P.M., A CHILD*
Judges:   Goldstein, Garcia, Breedlove
Filed:  07/25/2023
Disposed:  07/27/2023
[Mandamus of trial court's denial of Miller's motion to compel discovery in Dunn's name-change of child suit.  *Dismissed for insufficient record, i.e. lack of reporter's record or statement of no adduced testimony. Refiled after revision.]

**Texas 5th District Court of Appeals  05-23-00747-CV**   Dismissed*
*IN THE INTEREST OF V.I.P.M., A CHILD*
Judges:   Goldstein, Garcia, Breedlove
Filed:  07/28/2023
Disposed:  08/01/2023
[Mandamus of trial court's denial of Miller's motion to compel discovery in Dunn's name-change of child suit.  *Dismissed for insufficient record, i.e. lack of reporter's record.]

**Texas 5th District Court of Appeals  05-23-00855-CV**   Pending (abated during removal)
*IN THE INTEREST OF V.I.P.M., A CHILD*
Judges:   (Not yet assigned)
Filed:  08/29/2023
[Appeal of trial court's ruling in name change suit. State trial court judge Andrea Plumlee conducted trial and issued default judgment during the pendency of a federal removal]

**U.S. District Court (NDTX)  3:23-CV-1696**  Pending
*Miller v. Dunn*
Judges:   Ada Brown, David Horan
Filed:  7/31/2023
[Federal removal under 28 U.S.C. § 1443.]


Note: ALL of the above cases stem from case number DF-13-02616 in the corrupt 330th Family District Court, Dallas County, Texas.

                                                                              Respectfully submitted,

                                                                              Bradley B. Miller
                                                                              5701 Trail Meadow Drive
                                                                              Dallas, TX  75230
                                                                              Tel:  (214) 923-9165
                                                                              Email:  tech@bbmcs.com
                                                                              *Pro Se Petitioner Party of Record*

CERTIFICATE OF SERVICE

I hereby certify: that on this ___12th___ day of February, 2024, a true and complete copy of the above complaint has been duly served upon the following:

John G. Roberts, Jr.
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Samuel A. Alito, Jr.
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Amy Coney Barrett
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Neil Gorsuch
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Ketanji Brown Jackson
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Elena Kagan
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Brett M. Kavanaugh
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Sonia Sotomayor
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Clarence Thomas
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Bradley B. Miller