UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Cause No.: 3-24cv-335-X

BRADLEY B. MILLER,

    Plaintiff,

v.

JOHN G. ROBERTS, JR., in his official capacity;
SAMUEL A. ALITO, JR., in his official capacity;
AMY CONEY BARRETT, in her official capacity;
NEIL GORSUCH, in his official capacity;
KETANJI BROWN JACKSON, in her official capacity;
ELENA KAGAN, in her official capacity;
BRETT M. KAVANAUGH, in his official capacity;
SONIA SOTOMAYOR, in her official capacity; and
CLARENCE THOMAS, in his official capacity,

    Defendants.

INJUNCTIVE RELIEF REQUESTED

JURY TRIAL DEMANDED

## Notice of Appearance (Civil)

Comes now Plaintiff, Bradley B. Miller, and respectfully now provides the Clerk, the Court, and all parties herein with his civil appearance information:

| | |
|---|---|
| Name: | Bradley B. Miller |
| Address: | 5701 Trail Meadow Dr. |
| | Dallas, TX 75230 |
| Telephone: | (214) 923-9165 |
| Fax: | No. None. N/A. |
| Accept service by Fax? | No. None. N/A. |
| Email address: | tech@bbmcs.com |

1

Respectfully submitted,

_____
Bradley B. Miller

CERTIFICATE OF SERVICE

I hereby certify: that on this ___12th___ day of February, 2024, a true and complete copy of the above complaint has been duly served upon the following:

John G. Roberts, Jr.
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Samuel A. Alito, Jr.
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Amy Coney Barrett
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Neil Gorsuch
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Ketanji Brown Jackson
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Elena Kagan
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Brett M. Kavanaugh
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Sonia Sotomayor
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Clarence Thomas
United States Supreme Court Bldg.
1 First Street, NE
Washington, DC 20543

Bradley B. Miller